**INTERNATIONAL MOTOR COMPANY INC., Respondent,**

v.

**BOGHOSIAN MOTOR CO. INC., Appellant.**

No. 66038.

Missouri Court of Appeals, Eastern District, Division Two.

March 14, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 12, 1995.

Application to Transfer Denied May 30, 1995.

David L. Campbell, Melvin L. Raymond, St. Louis, for appellant.

Thomas G. Berndsen, St. Louis, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

### ORDER

PER CURIAM.

The trial court entered a judgment holding appellant in contempt of court and he appealed. This court affirmed in part, reversed in part and remanded the case to the trial court to determine whether a compensatory fine should be levied against appellant. *International Motor Co. v. Boghosian Motor Co.,* 870 S.W.2d 843, 850–51 (Mo.App.E.D.1993). The trial court subsequently levied a fine of $61,956.53 against appellant and he appeals. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 84.16(b). Respondent's motion to file a supplemental legal file is granted. Respondent's motion to strike portions of appellant's brief is denied.